FILED
United States Court of Appeals
Tenth Circuit

May 30, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| RON PETERSON FIREARMS, LLC, <br><br>    Plaintiff - Appellant, <br><br> DALE RUTHERFORD, d/b/a The Cop Shop; TRACY RIFLE AND PISTOL, INC., <br><br>    Plaintiffs. <br><br> v. <br><br> B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, <br><br>    Defendant - Appellee. | No. 13-2054 <br> (D.C. No. 1:11-CV-00678-JEC-LFG) |
| DALE RUTHERFORD, d/b/a The Cop Shop; TRACY RIFLE AND PISTOL, INC., <br><br>    Plaintiffs - Appellants, <br><br> RON PETERSON FIREARMS, LLC, <br><br>    Plaintiff. <br><br> v. <br><br> B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, <br><br>    Defendant - Appellee. | No. 13-2055 <br> (D.C. No. 1:11-CV-00678-JEC-LFG) |

_____

# ORDER
_____

Upon review of its file materials for these matters, the court, on its own motion, orders that these appeals (13-2054 and 13-2055) are consolidated, for procedural purposes only, including further briefing, record, and submission. The parties shall put both of the above - referenced case numbers on all future materials submitted to this court in this consolidated matter.

An opening brief has been filed by appellants Rutherford and Tracy Rifle and Pistol, and a joint appendix has been filed on behalf of all three appellants. However, the opening brief filed by appellant Peterson is deficient. Those deficiencies (as set forth in a separate deficiency notice issued today) must be corrected, in accordance with the terms of the deficiency notice.

Within 30 days of service of appellant Peterson's corrected opening brief (or errata sheet), the appellee shall file a single, consolidated response brief, in response to both opening briefs. Within 14 days of service of the appellee's brief, the appellants may file a single, consolidated reply brief.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: Christine Van Coney
>     Counsel to the Clerk